# United States Bankruptcy Court
## Northern District of Alabama

In re: **Robert Ryan Pike / Paige Laken Pike**, Debtor(s)

Case No. **24-81089-13**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing, consisting of **5** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 30, 2024**   Signature **/s/ Robert Ryan Pike**
**Robert Ryan Pike**
Debtor

Date **July 30, 2024**   Signature **/s/ Paige Laken Pike**
**Paige Laken Pike**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Alabama

In re **Robert Ryan Pike / Paige Laken Pike**, Debtor(s)

Case No. **24-81089-13**
Chapter **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**CHAPTER 13 PLAN - TO UPDATE PAYMENT.**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Michele T. Hatcher, Trustee

PO Box 2388

Decatur, AL  35602

MAILING MATRIX

Date: **July 30, 2024**

**/s/ Tanya H. McCalpin**
**Tanya H. McCalpin**
Attorney for Debtor(s)
**Bond, Botes, Sykstus, Tanner & McNutt, P.C.**
**121 S Court Street**
**Florence, AL 35630**
**256-760-1010 Fax:256-760-1023**
**jaday@bondnbotes.com**